# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ALLIED HOME MORTGAGE
CAPITAL CORPORATION

    Plaintiff,

      v.                    CIVIL NO: 3:07CV80

SCOTT D. REESER and
PAMELA R. REESER,

    Defendants.

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of John P. Scott, Jr., it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 7-9-2007

                                                    United States District Judge